NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FURNITURE BRANDS INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

AND

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE AND VAUGHAN-BASSETT FURNITURE COMPANY, INC.,**
*Defendants-Appellees.*

---

2012-1059

---

Appeal from the United States Court of International Trade in No. 07-CV-0026, Judge Timothy C. Stanceu.

---

**O R D E R**

FURNITURE BRANDS INTERNATIONAL v. US                    2

Furniture Brands International, Inc. moves to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b).  All parties consent.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion to dismiss is granted.

(2)  Each party shall bear its own costs.

(3)  All other pending motions are denied as moot.


FOR THE COURT


/s/  Daniel E. O'Toole
     Daniel E. O'Toole
     Clerk of Court


s23


ISSUED AS A MANDATE: April 1, 2014